The Honorable BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MOHAMMAD M. ASSAF, individually and as the representative of all persons similarly situated,

        Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,

        Defendant.

NO. 3:19-cv-06209-BHS

JUDGMENT

**JUDGMENT SUMMARY**

| 1. | Judgment Creditor: | MOHAMMAD M. ASSAF |
|---|---|---|
| 2. | Judgment Debtor: | PROGRESSIVE DIRECT INSURANCE COMPANY |
| 3. | Principal Judgment Amount: | $14,000.00 |
| 4. | Attorney's Fees (Includes $1,000.00 in statutory attorneys' fees pursuant to RCW 4.84.015): | $41,000.00 |
| 5. | Taxable Costs (28 U.S.C. 1920): | $9,941.55 |
| 6. | Judgment Shall Bear Interest at: | 4.09% per annum |
| 7. | Attorney for Judgment Creditor: | STEPHEN M. HANSEN |

JUDGMENT - 1

THIS MATTER has come before the Court pursuant to FRCP 68 by way of the Plaintiff's acceptance of the Defendant's May 16, 2025 offer of judgment (Dkt. #186) filed with the Court on May 19, 2025. The Court has reviewed the Defendant's offer of judgment and the Plaintiff's acceptance. The Court has also reviewed the Plaintiff's Cost Bill and finds that taxable costs of $9,941.55 are reasonable and should be awarded pursuant to 28 U.S.C. 1920. *See* Dkt. 193. The Court finds that entry of judgment is therefore appropriate; NOW, THEREFORE, it is hereby

ORDERERD, ADJUDGED and DECREED as follows:

1. Judgment is hereby entered against Defendant PROGRESSIVE DIRECT INSURANCE COMPANY in favor of MOHAMMAD M. ASSAF in the principal sum of $14,000.00;

2. Judgment is hereby entered against Defendant PROGRESSIVE DIRECT INSURANCE COMPANY in favor of MOHAMMAD M. ASSAF for attorney's fees (inclusive of $1,000.00 in statutory attorneys' fees pursuant to RCW 4.84.015) in the sum of $41,000.00;

3. Judgment is hereby entered against Defendant PROGRESSIVE DIRECT INSURANCE COMPANY in favor of MOHAMMAD M. ASSAF for Taxable Costs (28 U.S.C. 1920) in the sum of $9,941.55 and

4. This judgment shall bear interest at the current federal rate of 4.09% per annum.

DATED June 26, 2025.

_____
BENJAMIN H. SETTLE
United States District Court Judge

JUDGMENT - 2